UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHTSCOPE, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>CAPYBARA RESEARCH, IGOR APPELBOOM, and ACCRETIVE CAPITAL LLC d/b/a BENZINGA,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-11050-DLC<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Waleed Amer, sworn to on January 25, 2023, the annexed Memorandum of Law, the exhibits annexed thereto, and all prior papers and proceedings had herein, Plaintiff Knightscope, Inc. ("Plaintiff") hereby moves this Court for an Order granting Plaintiff's *Ex Parte* Motion for Alternative Service Pursuant to Fed. R. Civ. P. 4(f)(3).

Dated: Jericho, New York
   January 25, 2024

                   Respectfully submitted,

                   **THE BASILE LAW FIRM P.C.**

          By:  */s/ Waleed Amer*
              Waleed Amer, Esq.
              390 N. Broadway, Suite 140
              Jericho, New York 11753
              Tel.: (516) 455-1500
              Fax: (631) 498-0478
              Email: waleed@thebasilelawfirm.com

              *Attorneys for Plaintiff Knightscope, Inc.*