UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHTSCOPE, INC.,<br><br>            *Plaintiff*,<br><br>v.<br><br>CAPYBARA RESEARCH, IGOR APPELBOOM, and ACCRETIVE CAPITAL LLC d/b/a BENZINGA,<br><br>            *Defendants*. | Civil Action No. 1:23-cv-11050-DLC<br><br>**[PROPOSED] ORDER** |

Upon the Memorandum of Law in Support of Plaintiff's *Ex Parte* Motion for Alternative Service Pursuant to Fed. R. Civ. P. 4(f)(3) and the Declaration of Waleed Amer, Esq., executed on the 25th day of January, 2024, it is hereby

**ORDERED** that Plaintiff is authorized to serve Defendants Capybara Research and Igor Appelboom its summons and complaint via electronic publication through Defendant Capybara Research's X (*f/k/a* Twitter) account, @CapybaraShort, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure on the grounds that (i) Plaintiff is unable to verify a true address that will provide Defendants with reasonable notice of this action, (ii) service under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters pursuant to Rules 4(f)(1) and 4(f)(2) of the Federal Rules of Civil Procedure would be impracticable, (iii) Defendants deleted their respective email addresses making service by email impracticable, (iv) service through social media accounts is permitted under Hague Convention and Rule 4(f)(3) of the Federal Rules of Civil Procedure, and (vi) service through Defendant Capybara Research's social media account is reasonably calculated to provide both Defendants with notice of this action because Plaintiff has shown that Appelboom is the individual who owns

and operates Capybara Research and Capybara Research's website. Such service, once effectuated, will satisfy the Constitutional requirement of actual notice. It is further

**ORDERED** that Plaintiff is authorized to serve Defendants Capybara Research and Igor Appelboom through publication in the Wall Street Journal, the Brazilian newspaper Valor Econômico, and the Cayman Islands newspaper The Cayman Compass pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure and New York's Civil Practice Laws and Rules § 316 on the grounds that Plaintiff has shown it has reasonably calculated that the Defendants are likely to be aware of, and are likely to read these publications. Pursuant to CPLR § 316(a), Plaintiff shall publish its summons with notice to the defendant, a brief statement of the nature of the action and the relief sought. Pursuant to CPLR § 316(c), the first publication of Plaintiff's summons and complaint shall be published in the Wall Street Journal, Valor Econômico, and The Cayman Compass within thirty (30) days of the entry of this Order and must be published at least once in each of four (4) consecutive weeks. Plaintiff is directed to publish its summons and notice in the Wall Street Journal and The Cayman Compass as to Capybara Research and the Wall Street Journal and Valor Econômico as to Appelboom. Service by publication shall be complete on the twenty-eighth (28th) day after the first day of publication. Service by publication, once complete, will satisfy the Constitutional requirement of actual notice. It is further

**ORDERED** that Plaintiff is authorized to serve Defendants Capybara Research and Igor Appelboom by filing a Form 8-K public disclosure, a press release, the summons, the complaint and a copy of this Order on the United States Securities and Exchange Commission's Electronic Data Gathering, Analysis and Retrieval system pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure on the grounds that Plaintiff has shown (i) it has reasonably calculated that Defendants have knowledge of the SEC's EDGAR database, (ii) Defendants are aware of, and

actively monitor Plaintiff's public filings and press releases, (iii) Defendants would be aware of, and have notice of any public filing or press release Plaintiff publishes pursuant to this Order. Such service, once effectuated, will satisfy the Constitutional requirement of actual notice.

DATED: New York, New York
            _____, 2024

                                          _____
                                                Hon. Denise L. Cote
                                            United States District Judge