```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
                                        :     23cv11050(DLC)
KNIGHTSCOPE, INC.,                      :
                                        :         ORDER
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
CAPYBARA RESEARCH, et al.,              :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 20, 2023, the plaintiff filed this action against the defendants, alleging claims of securities fraud, tortious interference with prospective business expectancy, and defamation in connection with the decrease in valuation of the plaintiff's common stock. On January 25, 2024, the plaintiff filed a motion for alternative service pursuant to Fed. R. Civ. P. 4(f)(3) and submitted a proposed order authorizing such alternative service.

For the reasons stated in Smart Study Co., Ltd. v. Acuteye-Us, 620 F.Supp.3d 1382, 1391-1396 (S.D.N.Y. 2022), plaintiff's January 25 motion is denied as to defendant Igor Appelboom. See also Fingermotion, Inc. v. Capybara Research, et al., 2024 WL 81818, at *1-*3 (S.D.N.Y. Jan 8, 2024). Pursuant to the Hague Convention, plaintiff must attempt to obtain Appelbloom's waiver of service and service through Brazil's Central Authority before requesting approval for alternative means of service.

Accordingly, it is hereby

ORDERED that the plaintiff shall submit an amended proposed order authorizing alternative service as to defendant Capybara Research only.

Dated:  New York, New York
        January 26, 2024

                                     /s/ Denise Cote
                                        DENISE COTE
                              United States District Judge