```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KNIGHTSCOPE, INC.,                       :
                                         :
                         Plaintiff,      :    23cv11050 (DLC)
              -v-                        :
                                         :       ORDER
CAPYBARA RESEARCH, et al.,               :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On January 29, 2024, the Clerk of Court issued a certificate of default as to defendant Accretive Captial d/b/a Benzinga ("Benzinga"). It is hereby

ORDERED that the plaintiff shall file a motion for default judgment against Benzinga by **March 13, 2024**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff serve this Order and the motion for default judgment papers on Benzinga by certified overnight mail and shall file proof of such service on ECF on or before **March 15, 2024**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **March 29, 2024** at **3:30 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of Benzinga to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the initial pretrial conference for defendant Capybara Research ("Capybara"), scheduled for March 6, will be held on **March 29, 2024** at **4:00 P.M.** The plaintiff shall serve this Order on Capybara by certified overnight mail and shall file proof of such service on ECF on or before **March 15, 2024**.

Dated:   New York, New York
         March 4, 2024

                                   _____
                                            DENISE COTE
                                   United States District Judge