Case 1:23-cv-11050-DLC Document 35 Filed 03/14/24 Page 1 of 1



| | |
|---|---|
| **The BASILE LAW FIRM P.C.** | 390 North Broadway – Ste. 140 \| Jericho, New York 11753<br>Main Telephone: (516) 455-1500 \| Facsimile: (631) 498-0478<br>DALLAS \| NEW YORK \| NAPLES |

March 13, 2024

<u>**Via ECF**</u>

The Honorable Denise L. Cote
United States District Judge
United States Courthouse, Courtroom 18B
500 Pearl Street
New York, NY 10007

Re: *Knightscope, Inc. v. Capybara Research, et al.*; Case No. 1:23-cv-11050
Request for Clarification on Order (ECF No. 25)

Dear Judge Cote:

We write on behalf of Plaintiff Knightscope, Inc. ("Plaintiff") in the above-referenced action regarding the Court's Order, dated March 5, 2024 (ECF No. 25) (hereinafter, the "Order"). In the Order, the Court instructed Plaintiff to "serve this Order on Capybara Research by certified overnight mail and shall file such proof of service on ECF on or before March 15, 2024." Order at 2.

Plaintiff submits this letter to respectfully request clarification on the aforementioned instruction. On January 29, 2024, the Court entered an order that "authorized [Plaintiff] to serve Defendant Capybara Research by filing a Form 8-K public disclosure, a press release, the summons, the complaint, and a copy of this Order on [EDGAR] pursuant to Rule 4(f)(3)..." ECF No. 20 at 2. Pursuant to the Court's directive, Plaintiff then served Defendant Capybara Research by such authorized means, and filed proof of service on the docket on March 4, 2024. *See* ECF No. 23. For the same reasons that the Court granted Plaintiff's motion for alternative service as to Defendant Capybara Research, Plaintiff respectfully requests permission to serve the Order on Capybara Research by those same alternate means.

We thank the Court for its attention to this matter.

Granted.

*[signature]*
3/14/24

Respectfully Submitted,

**THE BASILE LAW FIRM P.C.**

*/s/ Waleed Amer*
Waleed Amer, Esq.
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500