UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHTSCOPE, INC.,<br><br>              *Plaintiff,*<br><br>v.<br><br>CAPYBARA RESEARCH, IGOR APPELBOOM, and ACCRETIVE CAPITAL LLC d/b/a BENZINGA,<br><br>              *Defendants.* | Civil Action No. 1:23-cv-11050 (DLC)<br><br>**STIPULATION REGARDING SETTING ASIDE DEFAULT AND VOLUNTARY DISMISSAL OF ACCRETIVE CAPITAL LLC PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)** |

PLEASE TAKE NOTICE that the undersigned counsel hereby stipulate and agree that the Clerk's Certificate of Default against Accretive Capital LLC d/b/a Benzinga ("Benzinga"), dated January 29, 2024 (ECF No. 18) be set aside and that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted against Benzinga be dismissed with prejudice and without costs.

Date: March 20, 2024                                      Stipulated and agreed,

*So ordered.*

*[signature]*
*3/21/24*

| | |
|---|---|
| **THE BASILE LAW FIRM P.C.**<br>Attorneys for Plaintiff Knightscope, Inc.<br><br>*/s/ Waleed Amer*<br>Waleed Amer, Esq.<br>390 N. Broadway, Suite 140<br>Jericho, New York 11753<br>Tel.: (516) 455-1500<br>waleed@thebasilelawfirm.com<br><br>*/s/ Joseph F. Rose*<br>Joseph F. Rose, Esq.<br>390 N. Broadway, Suite 140<br>Jericho, New York 11753<br>Tel.: (516) 455-1500<br>joe@thebasilelawfirm.com | **STRAUSS LAW PLLC**<br>Attorneys for Defendant Accretive Capital d/b/a Benzinga<br><br>*/s/ Jesse Strauss*<br>Jesse Strauss (4182002)<br>250 W. 85th St., Apt. 11A<br>New York, NY 10024<br>(917) 541-8428<br>jesse@strausslawpllc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Date: March 21, 2024

By: */s/ Waleed Amer*