```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KNIGHTSCOPE, INC.,                      :
                                        :
                       Plaintiff,       :    23cv11050 (DLC)
              -v-                       :
                                        :        ORDER
CAPYBARA RESEARCH, et al.,              :
                                        :
                       Defendants.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 25, 2024, the Clerk of Court issued a certificate of default as to defendant Capybara Research ("Capybara"). It is hereby

ORDERED that the plaintiff shall file a motion for default judgment against Capybara by **April 1, 2024**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff serve this Order and the motion for default judgment papers on Capybara by such means of alternative service granted on January 29 and shall file proof of such service on ECF on or before **April 5, 2024**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **April 12** at **11:30 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of Capybara to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for March 29, 2024 at 4:00 P.M. is cancelled.

Dated: New York, New York
March 27, 2024

                                             _____
                                                      DENISE COTE
                                       United States District Judge