```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
KNIGHTSCOPE, INC.,                   :
                                     :
                    Plaintiff,       :   23cv11050 (DLC)
          -v-                        :
                                     :       ORDER
CAPYBARA RESEARCH, et al.,           :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As stated on the record on April 12, 2024, it is hereby

ORDERED that the plaintiff's motion for default against defendant Capybara Research ("Capybara") is denied without prejudice to renewal. The plaintiff may renew its motion upon a showing of Capybara's capacity to be sued, pursuant to Fed. R. Civ. P. 17(b).

Dated:    New York, New York
          April 12, 2024

                                    _____
                                             DENISE COTE
                                    United States District Judge