UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHTSCOPE, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPYBARA RESEARCH and IGOR APPELBOOM,<br><br>*Defendants*. | Civil Action No. 1:23-cv-11050-DLC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) <u>WITHOUT PREJUDICE</u>** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Knightscope, Inc. and its counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice and without costs against Defendants Capybara Research and Igor Appelboom. Defendants Capybara Research and Igor Appelboom have not filed an answer or motion for summary judgment.

Dated: August 27, 2024

So ordered.
*[signature]*
8/28/24

Respectfully Submitted,

THE BASILE LAW FIRM, P.C.

*[signature]*
Waleed Amer

*[signature]*
Joseph F. Rose

390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:  (516) 455-1500
Fax:   (631) 498-0748
Email: waleed@thebasilelawfirm.com
         joe@thebasilelawfirm.com

*Attorneys for Plaintiff Knightscope, Inc.*